IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT TOLENTINO,** | :  CIVIL ACTION NO. 3:19-CV-387 |
| Plaintiff | :  (Judge Conner) |
| v. | : |
| **URBANICK, SGT. MCCULLOUGH, DUNN, BOOHER,** and **SUPERINTENDENT MARSH,** | : |
| Defendants | : |

## ORDER

AND NOW, this 17th day of March, 2021, upon consideration of defendants' motion for summary judgment and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 102) is GRANTED in part and DENIED in part.

2. The motion is GRANTED as to defendants Marsh, Booher, and McCullough.

3. The motion is DENIED as to defendants Dunn and Urbanick.

4. The Clerk of Court is directed to ENTER JUDGMENT in favor of defendants Marsh, Booher, and McCullough and as against plaintiff on all claims in the amended complaint.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania